AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Andrew LeCheminant,<br>*Plaintiff* | ) | |
| v. | ) | Civil Action No.    1:20-cv-03319-SVH |
| | ) | |
| | ) | |
| | ) | |
| Commissioner of Social Security Administration,<br>*Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the decision of the Commissioner is affirmed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Shiva V. Hodges, United States Magistrate Judge, presiding, affirming the decision of the Commissioner.

Date:   June 8, 2021                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                             s/M. Nason
                                                 _____
                                                        *Signature of Clerk or Deputy Clerk*